**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E D

NOV 2 7 2024

Nathan Ochsner, Clerk of Court

Clayton Tuttle Brothers

      Plaintiff,

vs

Officer J.D. Wilson et al.,

      Defendant.

§
§
§
§
§
§
§
§
§
§
§
§

Civil Action **4:24-cv-04397**

## MOTION TO ADD DEFENDANTS TO ACTION AND CORRECT SCRIVENER'S ERRORS

**TO THE HONORABLE COURT AND CLERK OF COURT:**

**COMES NOW**, Clayton Tuttle Brothers, Plaintiff in the above referenced action and herewith files this Motion and respectfully requests that the Clerk of Court add indispensable parties to the docket in this case and correct misspelled names of two defendants, and correct the Jury Demand.

Plaintiff, hereby, requests the addition of several Defendants who were indirectly named in the original complaint and corrections to named defendants in the initial complaint, who were included in the docket, to ensure all relevant entities are appropriately represented for complete adjudication of claims and for proper attachment of liability to the correct entities, accounts, and other assets central to the Plaintiff's claims.

## LEGAL BASIS FOR REQUEST

Complete Adjudication and Proper Attachment of Liability (Federal Rules of Civil Procedure 19(a), 20(a)(2)):

Under Federal Rules of Civil Procedure 19 and 20, all parties necessary for complete relief and adjudication should be joined to facilitate an accurate resolution of all claims. Rule 20(a)(2) allows defendants to be joined in one action if they share a common question of law or fact. Here, the addition of the foregoing Defendants, who play[ed] essential roles in the underlying predicate actions, are essentail to accurate resolution of all claims. Additionally, to ensure liability can be correctly attached to the appropriate person, vessel, cargo, or other property, all relevant parties must be present on the docket. This addition is necessary for liability and relief to be both complete and properly applied as sought in Plaintiff's complaint.

### Necessity for Service and Notice (Federal Rules of Civil Procedure 4, 5):

Federal Rules of Civil Procedure 4 and 5 mandate that all defendants receive proper service of process and ongoing notice. Failing to list these essential parties may hinder Plaintiff's ability to issue subpoenas, conduct discovery, and ensure that each necessary entity is lawfully served. This addition enables Plaintiff to conduct discovery relevant to financial documents, accounting records, Tracking Records, and other liabilities alleged in the complaint, facilitating due process rights and the completion of accurate service.

### Judicial Economy and Comprehensive Relief:

An accurate docket is crucial for judicial efficiency, especially in complex cases involving multiple financial and insurance-related entities. By ensuring that all parties—including accounting entities, investment conduits, bonds, and insurance policy providers—are included from the outset, the Court avoids risks of duplicative

proceedings, inconsistent rulings, or partial relief. This request serves the interests of judicial economy, avoids unnecessary delays, and supports the federal policy favoring complete resolution of cases in a single proceeding.

## PARTIES TO BE ADDED

**Defendants**

1. **John B. Burns**, Agent for EZ Monitoring, LLC, and

2. **JOHN B. BURNS,** Officer for EZ Monitoring, LLC

3. **SHANNON BURNS PENA**, Member of EZ Monitoring, LLC

4. **SHAUN BURNS**, Member of EZ Monitoring, LLC

5. **Glenn Runkle**, records employee FCI Petersburg as agent of Harris County

6. **Bryant Shanea**, counselor employee FCI Petersburg as agent of Harris County

7. **W. Ezell**, Unit Manager employee FCI Petersburg as agent of Harris County

8. **Z. Hicks**, unit employee FCI Petersburg as agent of Harris County

9. **Michael R. Simons**, asst. District Attorney, in official and personal capacities

## NAMED PARTIES TO BE CORRECTED

5. **Marylin Burgess**, Corrected to **Marilyn Burgess**

6. **Jamal Scott**, Corrected to **Chadwick Jamal Scott**

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Clerk of Court promptly add the above-listed Defendants, correct the spelling a two named Defendants and

properly  docket the Jury Demand as stated in Original Complaint. These additions and changes are essential for the Court to correctly determine liability for complete relief on an as-applied basis, including the attachment of liability as previously outlined in the Original complaint (incorporated herein by reference).

Respectfully submitted,

Dated: 11/27/2024

Clayton Tuttle Brothers
3903 Treaschwig Rd
Humble, Texas 77338
832.728.6356
clay@claybrothers.com