24 - CV - 4397

## Certificate of Service

I, Clayton Brothers, do hereby and herewith certify the following defendants were served by United States Certified Mail the Original Complaint with 2 copies of waiver of service of process on or about November 25th, 2024 and took delivery of the same on or about December 9th, 2024. The addresses and confirmation of which is hereafter attached.
Said Complaint and associated documents for file in the public record proof of which is hereafter attached.

United States Courts
Southern District of Texas
FILED

JAN 16 2025

Nathan Ochsner, Clerk of Court

Defendants:

Officer J.D. Wilson,
Harris County District Attorney's Office,
Harris County Sheriff's Office,
Harris County Flood Control District,
Harris County CSCD,
Harris County Public Defenders Office,
Texas DFP and Child Protective Services,
EZ Monitoring LLC,
Kim Ogg,
Robert Johnson,
Marylin Burgess,
177th District Court,
Steven Belt,
James Murphy,
Edward A Appelbaum,
Jamal Scott,
Tyler Arner,
Texas Employee Retirement System (ERS),
Texas Comptroller of Public Accounts.

Dated: January 8th, 2024 A.D.

Clayton Tuttle Brothers

HPD OFFICER J.D. WILSON - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #　　**9589071052702126197647**

Served:　　　　Officer J.D. Wilson
　　　　　　　　　1200 Travis
　　　　　　　　Houston, Texas 77002
Sent:　　　　　**December 3rd 2024**
Delivered:　　**December 6th, 2024**

Tracking Number:

# 9589071052702126197647

◻ Copy　　🏃 Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 12:25 pm on December 6, 2024 in HOUSTON, TX 77002.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
HOUSTON, TX 77002
December 6, 2024, 12:25 pm

● **Available for Pickup**
SAM HOUSTON
1500 HADLEY ST
HOUSTON TX 77002-8943
M-F 0700-1700
December 6, 2024, 12:22 pm

● **Out for Delivery**
HOUSTON, TX 77002
December 6, 2024, 12:21 pm

● **Arrived at Post Office**
HOUSTON, TX 77002
December 6, 2024, 12:10 pm

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:16 pm

● Hide Tracking History

JAMES MURPHY, ADA - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197661**

Served:    James Murphy, ADA
1201 Franklin - 6th Floor
Houston, Texas 77002
Sent:    **December 3rd 2024**
Delivered:    **December 6th, 2024**

**Tracking Number:**

# 9589071052702126197661

◻ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:17 am on December 6, 2024 in HOUSTON, TX 77002.

**Get More Out of USPS Tracking:**

📠 USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
HOUSTON, TX 77002
December 6, 2024, 11:17 am

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:08 pm

● **Hide Tracking History**

TYLER ARNER, ADA - RECEIVED 12/06/2024

BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #     **9589071052702126197685**

Served:                Tyler Arner, ADA
                       1201 Franklin - 6th Floor
                       Houston, Texas 77002
Sent:                  **December 3rd 2024**
Delivered:             **December 6th, 2024**

**Tracking Number:**

# 9589071052702126197685

📋 Copy     🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:17 am on December 6, 2024 in HOUSTON, TX 77002.

_____

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**

HOUSTON, TX 77002
December 6, 2024, 11:17 am

**USPS in possession of item**

HOUSTON, TX 77002
December 3, 2024, 4:01 pm

**Hide Tracking History**

STEVEN BELT, ADA - RECEIVED 12/09/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197692**

Served:    Steven Belt, ADA
1201 Franklin - 6th Floor
Houston, Texas 77002
Sent:    **December 3rd 2024**
Delivered:    **December 9th, 2024**

Tracking Number:

# 9589071052702126197692

⬚ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:58 pm on December 9, 2024 in HOUSTON, TX 77002.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
HOUSTON, TX 77002
December 9, 2024, 3:58 pm

● **Redelivery Scheduled for Next Business Day**
HOUSTON, TX 77002
December 7, 2024, 10:12 am

● **Arrived at USPS Regional Facility**
SOUTH HOUSTON PROCESSING CENTER
December 6, 2024, 11:30 am

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:10 pm

● **Hide Tracking History**

JUDGE ROBERT JOHNSON - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #     **9589071052702126197784**

Served:         Judge Robert Johnson
                1201 Franklin - 6th Floor
                Houston, Texas 77002
Sent:           **December 3rd 2024**
Delivered:      **December 6th, 2024**

Tracking Number:

## 9589071052702126197784

▢ Copy      𝕏 Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:15 am on December 6, 2024 in HOUSTON, TX 77002.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
HOUSTON, TX 77002
December 6, 2024, 11:15 am

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:16 pm

**Hide Tracking History**

KIM OGG, DISTRICT ATTORNEY - IN TRANSIT 12/29/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #          **9589071052702126197722**

Served:          Kim Ogg, Dist. Attorney
                 500 Jefferson, STE 600
                 Houston, Texas 77002
Sent:            **December 3rd 2024**
Forwarding Exp:  **December 6th, 2024**
FWD In Transit:  **December 29th, 2024**

**Tracking Number:**

# 9589071052702126197722

⬜ Copy     🏃 Add to Informed Delivery

## Latest Update

Your package will arrive later than expected, but is still on its
way. It is currently in transit to the next facility.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Moving Through Network**
● **In Transit to Next Facility, Arriving Late**
December 29, 2024

● **Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
December 25, 2024, 5:12 pm

● **Arrived at USPS Regional Facility**
SOUTH HOUSTON PROCESSING CENTER
December 16, 2024, 10:48 pm

● **Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
December 9, 2024, 12:33 pm

● **Forward Expired**
HOUSTON, TX 77002
December 6, 2024, 9:21 am

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:08 pm

● Hide Tracking History

HARRIS COUNTY CSCD, TERESA MAY - RECEIVED 12/09/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197777**

Served:    HCCSCD, Teresa May
Cotton Exchange Building
1301 Prairie - 8th Floor
Houston, Texas 77002
Sent:    **December 3rd 2024**
Delivered:    **December 9th, 2024**

Tracking Number:

# 9589071052702126197777

⬜ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:51 pm on December 9, 2024 in HOUSTON, TX 77002.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
HOUSTON, TX 77002
December 9, 2024, 12:51 pm

● **Redelivery Scheduled for Next Business Day**
HOUSTON, TX 77002
December 6, 2024, 12:29 pm

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:03 pm

● **Hide Tracking History**

CHADWICK JAMAL SCOTT, ADA - RECEIVED 12/09/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197616**

Served:    Jamal Scott, Chadwick, ADA
10806 Chrysalis Court
Cypress, Texas 77433

Sent:    **December 3rd 2024**
Delivered:    **December 9th, 2024**

Tracking Number:
# 9589071052702126197616

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 5:57 pm on December 9, 2024 in CYPRESS, TX 77433.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**

CYPRESS, TX 77433
December 9, 2024, 5:57 pm

**USPS in possession of item**

HOUSTON, TX 77002
December 3, 2024, 4:07 pm

Hide Tracking History

HARRIS CO. DISTRICT ATT. OFFICE - IN TRANSIT 12/13/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197739**

Served:    Harris County Dist. Att. Offic.
500 Jefferson, STE 600
Houston, Texas 77002
Sent:    **December 3rd 2024**
Forwarding Exp:    **December 6th, 2024**
FWD In Transit:    **December 13th, 2024**

Tracking Number:

# 9589071052702126197739

[Copy]  Copy    [Add] Add to Informed Delivery

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

[Q] USPS Tracking Plus®

## Moving Through Network
**In Transit to Next Facility**

December 13, 2024

**Arrived at USPS Regional Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
December 9, 2024, 12:27 pm

**Forward Expired**

HOUSTON, TX 77002
December 6, 2024, 12:16 pm

**USPS in possession of item**

HOUSTON, TX 77002
December 3, 2024, 4:16 pm

**Hide Tracking History**

DEPUTY CLERK 177TH COURT - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #   **9589071052702126197791**

Served:       Dpty. Clerk 177th Court
              1201 Franklin - 6th Floor
              Houston, Texas 77002
Sent:         **December 3rd 2024**
Delivered:    **December 6th, 2024**

Tracking Number:

# 9589071052702126197791

☐ Copy   ☆ Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:15 am on December 6, 2024 in HOUSTON, TX 77002.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
HOUSTON, TX 77002
December 6, 2024, 11:15 am

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:16 pm

Hide Tracking History

EDWARD APPELBAUM, ADA - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

| Cert. Mail # | **9589071052702126197678** |
|---|---|
| Served: | Edward Appelbaum, ADA |
| | 1201 Franklin - 6th Floor |
| | Houston, Texas 77002 |
| Sent: | **December 3rd 2024** |
| Delivered: | **December 6th, 2024** |

Tracking Number:

## 9589071052702126197678

◻ Copy     🏃 Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:17 am on December 6, 2024 in HOUSTON, TX 77002.

---

**Get More Out of USPS Tracking:**

📱 USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
HOUSTON, TX 77002
December 6, 2024, 11:17 am

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:16 pm

● Hide Tracking History

MARYLIN BURGESS, HC. DIST. CLERK - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197807**

Served:    Marylin Burgess, HC Dist Clerk
201 Caroline - 4th Floor
Houston, Texas 77002
Sent:    **December 3rd 2024**
Picked Up at USPS:    **December 6th, 2024**

**Tracking Number:**

# 9589071052702126197807

📋 Copy     🏃 Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 12:24 pm on December 6, 2024 in HOUSTON, TX 77002.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
HOUSTON, TX 77002
December 6, 2024, 12:24 pm

**Available for Pickup**
SAM HOUSTON
1500 HADLEY ST
HOUSTON TX 77002-8943
M-F 0700-1700
December 6, 2024, 12:22 pm

**Out for Delivery**
HOUSTON, TX 77002
December 6, 2024, 12:19 pm

**Arrived at Post Office**
HOUSTON, TX 77002
December 6, 2024, 12:08 pm

**Forwarded**
HOUSTON, TX
December 6, 2024, 10:45 am

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:05 pm

Hide Tracking History

JOHN BURNS / EZ MONITORING - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #     **9589071052702126197715**

Served:          John Burns - EZ Monitoring
                 609 Houston Ave
                 Houston, Texas 77002-7707
Sent:            **December 3rd 2024**
Delivered:       **December 6th, 2024**

Tracking Number:

# 9589071052702126197715

☐ Copy    ⚡ Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:22 pm on December 6, 2024 in HOUSTON, TX 77007.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
HOUSTON, TX 77007
December 6, 2024, 12:22 pm

● **USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:02 pm

● Hide Tracking History

HARRIS COUNTY PD'S OFFICE - ALEX BUNIN - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197746**

Served:    HC PD's Office - Alex Bunin
Cotton Exchange Building
1301 Prairie - 4th Floor
Houston, Texas 77002

Sent:    **December 3rd 2024**
Delivered:    **December 6th, 2024**

Tracking Number:

# 9589071052702126197746

🗐 Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:30 pm on December 6, 2024 in HOUSTON, TX 77002.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**

HOUSTON, TX 77002
December 6, 2024, 12:30 pm

● **USPS in possession of item**

HOUSTON, TX 77002
December 3, 2024, 4:09 pm

● Hide Tracking History

HARRIS COUNTY FLOOD CONTROL DISTRICT - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #     **9589071052702126197753**

Served:          HC Flood Control Dist.
                         Tina Peterson
                         9900 Northwest
                 Houston, Texas 77092
Sent:            **December 3rd 2024**
Delivered:       **December 6th, 2024**

Tracking Number:

# 9589071052702126197753

☐ Copy     🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 1:57 pm on December 6, 2024 in HOUSTON, TX 77092.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
HOUSTON, TX 77092
December 6, 2024, 1:57 pm

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:16 pm

Hide Tracking History

TEXAS DEPT.FAMILY & PROTECTION SVC - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197760**

Served:    Tex. Dept. Fam. Protect. Svc
Stephanie Muth
4900 N. Lamar Blvd
Austin, Texas 78751
Sent:    **December 3rd 2024**
Delivered:    **December 6th, 2024**

Tracking Number:

# 9589071052702126197760

▢ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:16 pm on December 6, 2024 in AUSTIN, TX 78751.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
AUSTIN, TX 78751
December 6, 2024, 12:16 pm

**Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
December 5, 2024, 9:29 am

**Arrived at USPS Regional Destination Facility**
AUSTIN TX DISTRIBUTION CENTER
December 5, 2024, 6:29 am

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:04 pm

Hide Tracking History

EMPLOYEE RETIREMENT SYSTEM OF TEXAS - RECEIVED 12/06/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397
Cert. Mail #   9589071052702126197654

Served:                    ERS of Texas
            d/b/a: Executive Office of Texas
                           200 East 18th Street
                           Austin, Texas 78701

**Tracking Number:**

Sent:              **December 3rd 2024**
Delivered:         **December 6th, 2024**

## 9589071052702126197654

📋 Copy    🏃 Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 7:52 am on December 9, 2024 in AUSTIN, TX 78711.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus⊕

**Delivered**
Delivered, PO Box
AUSTIN, TX 78711
December 9, 2024, 7:52 am

**Available for Pickup**
CAPITOL
111 E 17TH ST
AUSTIN TX 78701-9997
M-F 0700-0930
December 9, 2024, 6:20 am

**Available for Pickup**
CAPITOL
111 E 17TH ST
AUSTIN TX 78701-9997
M-F 0700-0930
December 7, 2024, 9:30 am

**Out for Delivery**
AUSTIN, TX 78701
December 7, 2024, 8:30 am

**Arrived at Post Office**
AUSTIN, TX 78701
December 7, 2024, 8:19 am

**In Transit to Next Facility**
December 6, 2024

**Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
December 5, 2024, 9:29 am

**Arrived at USPS Regional Destination Facility**
AUSTIN TX DISTRIBUTION CENTER
December 5, 2024, 6:29 am

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:16 pm

Hide Tracking History

TEXAS COMPTROLLER - RECEIVED 12/09/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #    **9589071052702126197814**

Served:    Texas Comptroller - Glen Hegar
           P.O. Box 13528 Capitol Station
           Austin, Texas 78711-3528
Sent:             **December 3rd 2024**
Delivered:        **December 9th, 2024**

Tracking Number:

**9589071052702126197814**

📋 Copy    🏃 Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 9:08 am on December 9, 2024 in AUSTIN, TX 78711.

---

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Delivered**
Delivered, PO Box
AUSTIN, TX 78711
December 9, 2024, 9:08 am

**Available for Pickup**
CAPITOL
111 E 17TH ST
AUSTIN TX 78701-9997
M-F 0700-0930
December 6, 2024, 10:45 am

**Arrived at Post Office**
AUSTIN, TX 78701
December 6, 2024, 9:42 am

**Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
December 5, 2024, 9:29 am

**Arrived at USPS Regional Destination Facility**
AUSTIN TX DISTRIBUTION CENTER
December 5, 2024, 6:29 am

**USPS in possession of item**
HOUSTON, TX 77002
December 3, 2024, 4:06 pm

Hide Tracking History

HARRIS COUNTY DISTRICT CLERK - PUBLIC - FILED 12/04/2024
BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Initial Complaint and accompanying Documents were filed on the public record of the Clerk of the District Clerk of Harris County

Filed:                              MARILYN BURGESS

File/warrant No.    1487636,
File/warrant No.    1487637,
File/warrant No.    1487638,
File/warrant No.    1487639,
1201 Franklin St. 3rd Floor
Houston, Texas 77002
In-Person Filing:               **December 4th 2024**
Received by Dpty Clerk:      **December 9th, 2024**

AverTest, LLC AKA "Ave

Relie

**FILED**
Marilyn Burgess
District Clerk

DEC - 4 2024

Time:_____
Harris County, Texas         Compla

By_____
Deputy

UNDELIVERED COMPLAINTS

BROTHERS V. J.D. WILSON ET. AL 24 CV 4397

Cert. Mail #     **9589071052702126197593**

Served:          PTS of America
                 517 Hickory Hills Blvd
          Whites Creek, TN 37189-9331
Sent:                          TBD
Delivered:                     TBD

Cert. Mail #     **9589071052702126197609**

Served:    Cadence Bank, a Div of Bancorp
              2800 Post Oak Blvd - Ste 3800
                 Houston, Texas 77056-6170
Sent:                          TBD
Delivered:                     TBD

Cert. Mail #                       **TBD**

Served:    AVERTEST, LLC
52916 West Marshal Street, Suite A
          Richmond, Virginia 23230
Sent:                          TBD
Delivered:                     TBD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

CASE No. **24 CV4397**

File To: 177

Case # 1487636,
1487637,
1487638,
1487639

25 Pages

Clayton Tuttle Brothers, Plaintiff,

v.

Officer J.D. Wilson; Harris County District Attorney's Office; Harris County
Sheriff's Office; Harris County Flood Control District; Harris County Community
Supervision and Corrections Department (CSCD); Harris County Public Defender's
Office; Texas Department of Family and Protective Services (DFPS) – Child
Protective Services (CPS); EZ Monitoring LLC, in its Corporate Capacity and as
Agent of Harris County; Kim Ogg, in her official and personal capacity as Harris
County District Attorney, and Unknown Surety for Kim Ogg; Robert Johnson,
177th District Court Judge, in his official and personal capacity, and Unknown
Surety for Robert Johnson; Marylin Burgess, Harris County District Clerk; Deputy
Clerk, 177th District Court; Steven Belt, James Murphy, Edward A. Appelbaum,
Jamal Scott, Tyler Arner, and John and Jane Doe;

Defendants,

Texas Employee Retirement System (ERS); Alcohol Monitoring Systems Ltd.; Texas
Comptroller of Public Accounts; Cadence Bank, a Division of Bancorp, Inc.;
AverTest, LLC AKA "Aver Health",

Relief Defendants.

**FILED**
Marilyn Burgess
District Clerk

DEC - 4 2024

Time:_____
Harris County, Texas
By_____
Deputy

**Complaint and Petition for Relief Under Civil RICO**