**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Clayton Tuttle Brothers** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **Officer J.D. Wilson** | § | **Civil Action No. 24-CV-04397** |
| **Harris County District Attorney's Office,** | § | |
| **Harris County Sheriffs Office, Harris** | § | |
| **County Flood Control District, Harris** | § | |
| **County Community Supervision and** | § | |
| **Corrections Department (CSCD), Harris** | § | |
| **County Public Defender's Office, Texas** | § | |
| **Department of Family and Protective** | § | |
| **Services (DFPS) -Child Protective** | § | |
| **Services (CPS), EZ Monitoring LLC,** | § | |
| **in its Corporate Capacity and as Agent of** | § | |
| **Harris County, Kim Ogg, in her official** | § | |
| **capacity as Harris County District** | § | |
| **Attorney, and personal capacity, Sureties** | § | |
| **and Bonds for Kim Ogg, Robert Johnson,** | § | |
| **177th District Court Judge, in his official** | § | |
| **and personal capacity, Sureties and** | § | |
| **Bonds for Robert Johnson, Marylin** | § | |
| **Burgess, Harris County District Clerk** | § | |
| **Deputy Clerk, 177th Djstrict Court,** | § | |
| **District Clerk Sureties and Bonds Steven** | § | |
| **Belt, James Murphy, Edward A.** | § | |
| **Appelbaum, Jamal Scott, and Tyler** | § | |
| **Arner, in their personal and official** | § | |
| **capacity as Asst. District Attorneys, PTS** | § | |
| **Transport, in its Corporate Capacity and** | § | |
| **as Agent of Harris County, John and** | § | |
| **Jane Doe** | § | |
| *Defendants* | § | |
| | § | |
| **Texas Employee Retirement System** | § | |
| **(ERS) Alcohol Monitoring Systems Ltd.** | § | |
| **Texas Comptroller of Public Accounts** | § | |
| **Cadence Bank, a division of Bancorp, Inc.** | § | |
| **AverTest, LLC AKA" Aver Health",** | § | |
| | § | |
| *Relief Defendants.* | § | |

## NOTICE OF SETTLEMENT

To the Honorable Judge of Said Court

Defendants, Prisoner Transportation Services, Inc., US Corrections, LLC., Brevard Extraditions, LLC, D/B/A US Prisoner Transport, Improperly Identified as Prisoner Transport Services, file this notice of settlement to inform the Court that this matter has been resolved. The parties expect to file closing documents with the Court within thirty (30) days from today's date.

Respectfully submitted,

**FEE, SMITH & SHARP, L.L.P.**

**BRIAN G. CANO**
State Bar No. 24045613
**DARIUS A. HOLLIDAY**
State Bar No. 24128989
2777 Allen Parkway, Suite 800
Houston, Texas 77019
713-362-8300
713-362-8302 [Fax]
bcano@feesmith.com
dholliday@feesmith.com

**ATTORNEYS FOR DEFENDANTS**

4911-1267-3886, v. 1

## <u>CERTIFICATE OF SERVICE</u>

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served to all attorneys of record in this cause of action on the 21st day of November, 2025.

_____
BRIAN G. CANO

4911-1267-3886, v. 1