SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 16 2026

Nathan Ochsner, Clerk of Court

Clayton Tuttle Brothers IV,
        Plaintiff,

V                                          4:24-CV-04397

J.D. Wilson, et al,
        Defendants.


- NOTICE OF PLAINTIFF'S CHANGE OF
              ADDRESS -

Please take notice that Plaintiff's physical address
has been changed to Harris County Jail
701 San Jacinto, Houston, Texas 77002 in Unit
6B1-01C


Sincerely,

April 4, 2026                    Clayton Tuttle Brothers IV
                                 Clayton Tuttle Brothers IV
                                 plaintiff pro se

                          new address:
                                 Brothers, Clayton Tuttle
                                 02820181
                                 701 San Jacinto Unit 6B1
                                 Houston TX 77002

Clayton Tuttle Brothers iv

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name BROTHERS, CLAYTON

SPN 02820181        Cell 6B1-01C

Street 701 SAN JACINTO

HOUSTON, TEXAS 77002



**Keefe**
Commissary Network

United States Courts
Southern District of Texas
FILED

APR 16 2026

Nathan Ochsner, Clerk of Court

DISTRICT CLERK OF THE
SOUTHERN DISTRICT OF
TEXAS FEDERAL COURT
515 RUSK
5TH FLOOR
HOUSTON TEXAS 77002

FEDERAL COURT
RE: 4:24-CV-04397