United States Courts
Southern District of Texas
FILED

MAY 18 2026

Nathan Ochsner, Clerk of Court

Southern District of Texas
Houston Division

To the Honorable Clerk of said Court:

Re: 4:24-CV-04397, 4:26-CV-01822

Please find the enclosed notice of change of address on the above referenced cases.

— Request for Copy of Docket Report —

If at all possible please print and return a copy of the docket report for each of the above referenced cases. I am willing to pay reasonable copy fees upon request.

Thank you for your service

Sincerely,

May 12, 2026

Clayton Tuttle Brothers IV
Plaintiff Pro Se

Southern District of Texas
Houston Division

Clayton Tuttle Brothers IV,
            Plaintiff,                    4:24-CV-04397

        V.

J.D. Wilson, et al.,
            Defendants,

— NOTICE OF PLAINTIFF'S CHANGE
            OF ADDRESS —

Please take notice that Plaintiff's physical
address has been changed to:
TDCJ-BYRD UNIT, 21 FM 247, Huntsville, TX
77320 in unit C-11-13T

Sincerely,                         Clayton Tuttle Brothers IV
May 12, 2026                       Clayton Tuttle Brothers IV
                                   Plaintiff Pro Se

New Address:
BROTHERS CLAYTON TUTTLE
TDCJ-BYRD UNIT # 2608991
C-11  13T
21 FM 247
HUNTSVILLE, TX 77320

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CLAYTON BROTHERS,
        Plaintiff,

        V                                    4:26-CV-01822

State of Texas, et al,

        Defendants.

—NOTICE OF PLAINTIFF'S CHANGE OF ADDRESS—

Please take Notice that Plaintiff's physical address has been changed to TDCJ-BYRD UNIT, 21 FM 247, Huntsville, TX 77320 in Unit C-11 - 13T

Sincerely,

May 12, 2026

_Clayton Tuttle Brothers IV_
Clayton Tuttle Brothers IV
Plaintiff Pro Se

NEW ADDRESS:
BROTHERS CLAYTON TUTTLE
TDCJ-BYRD UNIT # 2608991
C-11 13-T
21 FM 247
HUNTSVILLE, TX 77320

Clayton Tuttle Brothers IV
TDCJ-BVRD UNIT #2608991
C-11-13+
21 FM 247
HUNTSVILLE, TEXAS 77320

United States Courts
Southern District of Texas
FILED

MAY 18 2026

Nathan Ochsner, Clerk of Court

U.S. DISTRICT CLERK
UNITED STATES DISTRICT COURT
515 RUSK STREET
5TH FLOOR
HOUSTON TEXAS 77002

77002-262399

LEGAL MAIL 5-13-26